IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER WINKLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE BUSINESS | : | |
| PUBLICATIONS | : | NO. 16-938 |

ORDER

AND NOW, this 4th day of August, 2016, upon consideration of defendant Progressive Business Publications' motion to dismiss the refiled complaint (docket entry #10), plaintiff Heather Winkler's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

      1.      Defendant's motion to dismiss (docket entry #10) is GRANTED IN PART;

      2.      Counts I and II of plaintiff's refiled complaint are DISMISSED WITH PREJUDICE; and

      3.      Defendant shall ANSWER the refiled complaint by noon on August 8, 2016.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.